affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term. The action was for an injunction to restrain the respondents from leasing or subletting the whole or any part of the block front from Union street to Eastern parkway on the easterly side of Franklin avenue, in the borough of Brooklyn, for the use and occupancy as a drug store and for the purchase, sale and distribution of drugs in any form whatsoever and for the purchase, sale or distribution of ice cream in connection with the said drug store, until February 15, 1932, in violation of an alleged covenant contained in a lease.

*Theodore B. Chancellor* and *A. Loeb Salkin* for appellant.
*Arthur Hutter* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

JOHN PALMIERI, Appellant, *v.* CLARA KATZENBERG, Respondent.

*Vendor and purchaser — real property — marketability of title.*

*Palmieri* v. *Katzenberg*, 209 App. Div. 889, affirmed.

(Argued May 14, 1925; decided June 2, 1925.)

APPEAL from a judgment, entered December 6, 1924, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing judgment in favor of defendant. The action was to recover moneys paid on account of the purchase price of real property. The defendant counterclaimed for specific performance of the contract to purchase. Plaintiff contended that a certain judgment recovered against defendant's predecessor in title a year after it conveyed its title to the premises was nevertheless a lien upon the property rendering the title unmarketable.

*John Palmieri, Abraham Wilkes* and *Charles F. Paterno* for appellant.

*Louis Kunen* and *Oscar Englander* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Cardozo, Pound, McLaughlin, Crane, Andrews and Lehman, JJ.

---

Michael Kilgallon, Respondent, *v.* The Cunard Steamship Company, Ltd., Appellant.

*Negligence — master and servant — longshoreman injured by falling skid or fender.*

*Kilgallon* v. *Cunard S. S. Co., Ltd.,* 212 App. Div. 825, affirmed.

(Argued May 14, 1925; decided June 2, 1925.

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 13, 1925, unanimously affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer. Plaintiff, a longshoreman, while employed in the hold of one of defendant's steamers was struck by a falling skid or fender which had been hung to protect the woodwork around the hatch about twenty-three feet above the hold.

*Thaddeus G. Cowell* for appellant.

*James A. Gray* and *William S. Butler* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Cardozo, Pound, McLaughlin, Crane, Andrews and Lehman, JJ.